

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No.  '21 MJ04664 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| Manuel Alejandro ARCE-Aguilar, Susej Assis Gilberto CUADRAS-Zuniga, Marcos PEREZ-Zazueta, | Title 8, USC 1326 Attempted Entry After Deportation |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

### Count One

On or about November 27, 2021, within the Southern District of California, defendants Manuel Alejandro ARCE-Aguilar and Susej Assis Gilberto CUADRAS-Zuniga, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certainaliens, namely, Anmer Rubicel ALONSO-Sandoval, Herber Zamir GARCIA-Ortiz and Jacob REYES-Perez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

Count Two

On or about November 27, 2021, within the Southern District of California, defendant Marcos PEREZ-Zazueta, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant'sreapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 29, 2021

HON. BERNARD G. SKOMAL
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Manuel Alejandro ARCE-Aguilar,
Susej Assis Gilberto CUADRAS-Zuniga, Marcos PEREZ-Zazueta

PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Anmer Rubicel ALONSO-Sandoval, Herber Zamir GARCIA-Ortiz and Jacob REYES-Perez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 27, 2021, Border Patrol Agent C. Weber was conducting his assigned duties in the San Clemente Border Patrol Station's area of responsibility. At approximately 11:30 AM, Agent Weber was requested to assist with a maritime smuggling event at the United States Coast Guard Ballast Point boat ramp in San Diego, California. The Coast Guard had interdicted a vessel and with 20 individuals on board. At approximately 1:15 PM, Agent Weber arrived at the Ballast Point boat ramp, which is approximately 11.5 miles west of the San Ysidro, California Port of Entry and approximately 13 miles north of the United States/Mexico International Boundary. Agent Weber identified himself as a Border Patrol Agent and conducted an immigration inspection on all 20 individuals. All 20 individuals, including defendants, Manuel Alejandro ARCE-Aguilar, Susej Assis Gilberto CUADRAS-Zuniga, Marcos PEREZ-Zazueta and material witnesses, Anmer Rubicel ALONSO-Sandoval, Herber Zamir GARCIA-Ortiz and Jacob REYES-Perez, stated that they are citizens of Mexico without any immigrations documents allowing them to enter or remain in the United Sates legally. At approximately 3:08 PM, Agent Weber placed all 20 individuals, including ARCE, CUADRAS, PEREZ, ALONSO, GARCIA and REYES, under arrest.

The defendant, ARCE, was notified of his Miranda rights. ARCE stated that he understood his rights and was willing to make a statement without an attorney present. When asked about the events leading up to his arrest today, ARCE admitted to making arrangements to transport individuals on a panga style vessel in exchange for his smuggling fee. ARCE stated that his destination was Santa Barbara, California. ARCE stated that he used a Global Positioning System device (GPS) to navigate the panga. ARCE stated that he tossed the GPS into the water prior to being detained by the Coast Guard. ARCE admitted to being a citizen of Mexico illegally present in the United States and not having any documents that would allow him to enter or remain in the United States legally. ARCE was shown a photographic lineup and identified the defendant, CUADRAS, as the person in charge of refueling the panga.

The defendant, CUADRAS, was notified of his Miranda rights. CUADRAS stated that he

CONTINUATION OF COMPLAINT:
Manuel Alejandro ARCE-Aguilar,
Susej Assis Gilberto CUADRAS-Zuniga, Marcos PEREZ-Zazueta

understood his rights and was willing to make a statement without an attorney present. CUADRAS admitted to being a citizen of Mexico illegally present in the United States and not having any documents that would allow him to enter or remain in the United States legally. CUADRAS admitted to making arrangements to transport individuals on a panga style vessel for the monetary gain of $5,000 USD. CUADRAS stated that he works on pangas and that is why a man approached him about transporting individuals. CUADRAS stated that he does not know the person who he made the smuggling arrangements with. CUADRAS stated that he knew that the nineteen individuals on board with him were illegal and that the panga was going to head toward the Los Angeles, California area. CUADRAS was shown a photographic lineup and identified the defendant, ARCE, as the captain of the panga.

Material witnesses, Anmer Rubicel ALONSO-Sandoval, Herber Zamir GARCIA-Ortiz and Jacob REYES-Perez stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. ALONSO, GARCIA and REYES stated that smuggling arrangements were made, and they had agreed to pay between $8,000 and $18,000 USD to be smuggled into the United States. ALONSO, GARCIA and REYES were presented with a photographic line-up. None of them were able to identify the captain or co-captain of the vessel. ALONSO, GARCIA and REYES stated that the vessel they boarded left from Ensenada, Baja California, Mexico. GARCIA stated that there were approximately 20 individuals total in the vessel. REYES stated that he feared for his life, since he did not know how to swim.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on November 27, 2021 with an intended destination of Bakersfield, California.

CONTINUATION OF COMPLAINT:
Manuel Alejandro ARCE-Aguilar,
Susej Assis Gilberto CUADRAS-Zuniga, Marcos PEREZ-Zazueta

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 14, 2016, through Paso Del Norte, Texas, Bridge. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on November 28, 2021 at 11:10 AM.

Joshua Johnson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 27, 2021, in violation of 8 USC 1324(a)(1)(A)(i).

HON. BERNARD G. SKOMAL
United States Magistrate Judge

12:33 PM, Nov 28, 2021
Date/Time